THE STATE OF IOWA, Appellee, v. DENNIS WYNIA, Appellant.

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Sioux District Court.*—HON. F. R. GAYNOR, Judge.

THURSDAY, MAY 25, 1893.

THE defendant was indicted, tried and convicted upon a charge of keeping and maintaining a building with the intent to sell intoxicating liquors therein, and was adjudged to pay a fine of four hundred dollars, from which he appeals.—*Affirmed.*

No appearance for appellant.

*John Y. Stone,* Attorney General, for appellee.

BY THE COURT.—The case is presented to this court upon the record entries made in the court below, consisting of the indictment, a motion to quash the same, which was overruled, and a demurrer thereto, which was also overruled. There is also the record of a trial by jury upon a plea of not guilty, a motion for a new trial, which was overruled, and a judgment was entered on the verdict. An examination of the record discloses no error in any of the proceedings, and the judgment is AFFIRMED.

Liquor Nuisance: CONVICTION: APPEAL.

No appearance for appellant.

*John Y. Stone,* Attorney General, for the State.